## COUNTY SCHOOL BOARD OF CHESTERFIELD COUNTY et al. v. FREEMAN et al.

### No. 5812.

United States Court of Appeals
Fourth Circuit.

Dec. 3, 1948.

Ralph T. Catterall, of Richmond, Va. (Williams, Mullen & Hazelgrove, and Guy B. Hazelgrove, all of Richmond, Va., on the brief), for appellants.

Martin A. Martin and Oliver W. Hill, both of Richmond, Va. (Hill, Martin & Robinson and Spottswood W. Robinson, III, all of Richmond, Va., on the brief), for appellees.

Before PARKER, Chief Judge, and SOPER and DOBIE, Circuit Judges.

PER CURIAM.

This is an appeal in a suit instituted by colored school teachers against a county school board to enjoin discrimination in pay on the ground of race. The District Judge found that the discrimination existed and granted an injunction. The evidence amply supports the findings, and the injunction was in proper form. The decree appealed from is affirmed on the opinion of the court below and the opinion of this court in Alston v. School Board of City of Norfolk, 4 Cir., 112 F.2d 992.

Affirmed.